UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                       CR. NO. 05-20900
    v.                                  HONORABLE ROBERT H. CLELAND

LATASHA WASHINGTON,

        Defendant.
_____/

## ORDER TO ADMIT LAPTOP COMPUTER
## AND COMPACT DISCS TO WAYNE COUNTY JAIL

**IT IS HEREBY ORDERED** that Rita Chastang of the Federal Defender Office be permitted to take a laptop computer and compact discs into the Wayne County Jail for the purpose of enabling defendant Latasha Wasahington, an inmate at the Wayne County Jail, to view and listen to discovery evidence in the above case.

**SO ORDERED.**

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: October 14, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2009, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522